# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| PERCIVAL PARTNERS LIMITED, REIPLO HOLDINGS, LLC<br><br>Plaintiffs,<br><br>v.<br><br>PAA KWESI NDUOM; INTERNATIONAL BUSINESS SOLUTIONS, LLC; GROUPE NDUOM; YVONNE NDUOM; NANA KWEKU NDUOM; EDJAH NDUOM; NANA ABA NDUOM; JOHN DOES 1-10<br><br>Defendants. | Case No. 1:22-cv-00016-RDA-TCB |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs Percival Partners Limited and Reiplo Holdings, LLC ("Plaintiffs"), by counsel, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered February 17, 2023, and any judgment entered based upon the Memorandum Opinion and Order.

Dated: March 17, 2023.                    Respectfully submitted,

                                              PERCIVAL PARTNERS LIMITED
                                              and REIPLO HOLDINGS, LLC

By:  /s/ David B. Lacy
      Roman Lifson (VSB #43714)
      David B. Lacy (VSB #71177)
      CHRISTIAN AND BARTON, LLP
      901 East Cary Street, Suite 1800
      Richmond, VA 23219
      Tel: (804) 697-4100
      Fax: (804) 697-6112
      rlifson@cblaw.com
      dlacy@cblaw.com

      Shomik Ghosh
      [admitted *pro hac vice*]
      Spiro Harrison
      7 World Trade Center
      250 Greenwich St., 46th Floor
      New York, NY 10007
      (203) 285-4398
      sghosh@spiroharrison.com

      *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 17, 2023, I will electronically file a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service.


/s/ David B. Lacy
David B. Lacy (VSB No. 71177)
dlacy@cblaw.com
CHRISTIAN & BARTON, L.L.P.
901 East Cary Street, Suite 1800
Richmond, Virginia 23219
Tel.:  (804) 697-4100
Fax:  (804) 697-6112


#4890-7819-8871