FILED: April 30, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1309
(1:22-cv-00016-RDA-WEF)

_____

PERCIVAL PARTNERS LIMITED; REIPLO HOLDINGS, LLC

      Plaintiffs - Appellants

v.

PAA KWESI NDUOM; INTERNATIONAL BUSINESS SOLUTIONS, LLC; GROUPE NDUOM; YVONNE NDUOM; NANA KWEKU NDUOM; EDJAH NDUOM; NANA ABA NDUOM; JOHN DOES 1-10; GROUPE NDUOM USA, LLC

      Defendants - Appellees

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ NWAMAKA ANOWI, CLERK